UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § | |
| | § | CRIM. NO. EP: 22-CR-0229-KC(2) |
| v. | § § | |
| PAOLA CONNELLY, | § § | |
| Defendant. | § § § | |

## NOTICE OF APPEAL

Pursuant to 18 U.S.C. § 3731, the United States of America hereby gives notice that it appeals the district court's April 6, 2023 order granting defendant Paola Connelly's motion for reconsideration and dismissing Counts One and Two of the Superseding Indictment (E.C.F. No. 101) to the United States Court of Appeals for the Fifth Circuit.

Respectfully submitted,

JAIME ESPARZA
UNITED STATES ATTORNEY

By: ___*Patricia Aguayo*___
PATRICIA AGUAYO
Assistant U.S. Attorney
Texas Bar #24059359
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 14th day of April, 2023, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participant:

Mary Stillinger,
Attorney for Defendant

*Patricia Aguayo*
PATRICIA AGUAYO
Assistant U.S. Attorney