# United States Court of Appeals
# for the Fifth Circuit

---

No. 23-50312

---

United States of America,

*Plaintiff—Appellant*,

*versus*

Paola Connelly,

*Defendant—Appellee.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:22-CR-229-2

_____

ORDER:

    IT IS ORDERED that Appellant's opposed renewed motion to stay further proceedings in this case pending a decision in *United States v. Rahimi*, No. 22-915, and disposition of the government's petition for a writ of certiorari in *United States v. Daniels*, No. 22-60596 (5th Cir.) by the U.S. Supreme Court is DENIED.

_____
James C. Ho
*United States Circuit Judge*