# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 21, 2024

Ms. Mahogane Denea Reed
U.S. Department of Justice
Criminal Division
950 Pennsylvania Avenue, N.W.
Suite 1266
Washington, DC 20530

Ms. Mary Stillinger
Stillinger & Godinez, P.L.L.C.
401 Boston Avenue
El Paso, TX 79902

    No. 23-50312   USA v. Connelly
                          USDC No. 3:22-CR-229-2

Dear Counsel:

    The attorneys are directed to submit letter briefs addressing the applicability of Supreme Court No. 22-915, *United States v. Rahimi* (decided June 21, 2024).  The letter briefs may not exceed 6 pages and are due by noon Friday June 28, 2024.  Each side is permitted, but not required, to submit a reply letter brief, not to exceed 3 pages, by noon Wednesday July 3, 2024.  No extensions will be granted.

                                      Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Charles B. Whitney, Deputy Clerk
                                        504-310-7679

cc:
    Mr. Charles E. Fowler Jr.
    Mr. Joseph H. Gay Jr.