# In the United States Court of Appeals for the Fifth Circuit

---

UNITED STATES OF AMERICA,
Plaintiff–Appellant,

v.

PAOLA CONNELLY,
Defendant–Appellee.

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
NO. 22-CR-229-2 (Hon. Kathleen Cardone)

---

**UNITED STATES' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE PETITION FOR PANEL REHEARING OR REHEARING EN BANC**

---

The United States respectfully requests an extension of 30 days—from September 11, 2024, to and including October 11, 2024—to file a petition for panel rehearing or for rehearing en banc. On August 28, 2024, a panel of this Court issued an opinion holding that 18 U.S.C. § 922(g)(3), which prohibits the possession of firearms by a person who "is an unlawful user of or addicted to any controlled substance," violates the Second Amendment as applied to

1

defendant-appellee Paola Connelly. A petition for rehearing is currently due on or before September 11, 2024. Fed. R. App. P. 35(c) & 40(a)(1).

The Department of Justice is evaluating whether to seek further review of the Court's decision. The Criminal Division is required to report the Court's decision to the U.S. Solicitor General, who will decide whether to seek further review of the decision. That process is ongoing and will not be complete before the current deadline. The government does not seek this extension for purposes of delay, but instead to permit the United States to determine whether, in the interest of justice, further review is warranted. Undersigned counsel has conferred with Connelly's counsel about this motion, and counsel does not oppose the government's request.

For these reasons, the government respectfully requests that the Court grant this motion for an extension of 30 days to file a petition for panel rehearing or rehearing en banc.

September 9, 2024    Respectfully submitted,

/s/ Mahogane D. Reed
MAHOGANE D. REED
Criminal Division, Appellate Section
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530
(202) 615-1170
Mahogane.Reed@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2024, I electronically filed the foregoing with the Clerk of Court using the appellate CM/ECF system. I certify that counsel in this case is a registered CM/ECF user and that service will be accomplished by filing.

/s/ Mahogane D. Reed
MAHOGANE D. REED

# CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 233 words.

2. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point type Calisto MT font.

/s/ Mahogane D. Reed
MAHOGANE D. REED