# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

September 10, 2024

Lyle W. Cayce
Clerk

No. 23-50312

---

UNITED STATES OF AMERICA,

*Plaintiff—Appellant,*

*versus*

PAOLA CONNELLY,

*Defendant—Appellee.*

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:22-CR-229-2

---

ORDER:

IT IS ORDERED that Appellant's unopposed motion for an extension of 30 days, or, to and including October 11, 2024, to file its petition for rehearing/petition for rehearing en banc is DENIED. Fifth Circuit Rule 35.4 states that, in regard to rehearing petitions, "[c]ounsel should not request extensions of time except for the most compelling reasons."

KURT D. ENGELHARDT

*United States Circuit Judge*