No. 23-50312

# In the United States Court of Appeals for the Fifth Circuit

---

United States of America,
*Plaintiff–Appellant,*

v.

Paola Connelly,
*Defendant–Appellee.*

---

On Appeal from the United States District Court
for the Western District of Texas
No. 22-cr-229-2 (Hon. Kathleen Cardone)

---

## UNITED STATES' MOTION TO RECONSIDER SINGLE-JUDGE ORDER DENYING UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE PETITION FOR PANEL REHEARING OR REHEARING EN BANC

---

Pursuant to Federal Rule of Appellate Procedure 27(b) and Fifth Circuit Rule 27.1.1, the United States moves for reconsideration of the single-judge order denying the government's unopposed motion for an extension of time to file a petition for panel rehearing or rehearing en banc. The government requests an extension of 30 days—from September 11, 2024, to and including October 11, 2024—to file a petition for panel rehearing or for rehearing en banc. In the alternative, the government requests a 14-day extension of the rehearing

1

deadline, from September 11, 2024, to and including September 25, 2024. In support of this motion, the government, through undersigned counsel, represents the following:

1. On August 28, 2024, a panel of this Court issued an opinion holding that 18 U.S.C. § 922(g)(3), which prohibits the possession of firearms by a person who "is an unlawful user of or addicted to any controlled substance," violates the Second Amendment as applied to defendant-appellee Paola Connelly. A petition for rehearing is currently due on or before September 11, 2024. Fed. R. App. P. 35(c) & 40(a)(1).

2. The government requests a 30-day extension of the rehearing deadline. The Department of Justice is evaluating whether to seek further review of the Court's decision, which holds an Act of Congress unconstitutional. The Criminal Division is required to report the Court's decision to the U.S. Solicitor General, who will decide whether to seek further review of the decision. *See* 28 C.F.R. § 0.20(b). That process is ongoing and will not be complete before the current deadline.

3. Undersigned counsel further requires a 30-day extension given recent and ongoing professional responsibilities, including filing responses to petitions for en banc rehearing in *United States v. Jackson*, No. 22-2870 (8th Cir.), and *United States v. Cunningham*, No. 22-1080 (8th Cir.), which were filed on

September 10, 2024; filing a supplemental brief in *United States v. Nutter*, No. 22-4541 (4th Cir.), which was filed on September 6, 2024; preparing the appellee brief before this Court in *United States v. Allam*, No. 24-40065, which will be due (upon grant of a pending extension motion) on October 16, 2024; and drafting briefs in opposition to petitions for a writ of certiorari in *Pierre v. United States*, No. 24-37, and *Talbot v. United States*, No. 24-5258, which are due to the U.S. Supreme Court in the coming weeks.

4. This Court has recently granted government motions to extend the deadline to file a petition for panel rehearing or rehearing en banc. *See, e.g.*, Docs. 70-2, 80-2, *United States v. Jean*, No. 23-40462 (July 25, 2024) (granting motions for extensions of 30 and 21 days).

5. The government does not seek this extension for purposes of delay, but to permit the United States time to determine whether, in the interest of justice, further review is warranted. Nor will the short extension prejudice Connelly, who has not been in custody since the district court's dismissal of the indictment. Indeed, undersigned counsel has conferred with Connelly's counsel about this motion, and counsel represents that Connelly does not oppose the government's extension request.

For these reasons, the government respectfully requests that the Court grant this motion for an extension of 30 days to file a petition for panel rehearing or rehearing en banc. In the alternative, the government requests a 14-day extension of the rehearing deadline, from September 11, 2024, to and including September 25, 2024.

September 10, 2024　　　　　　　Respectfully submitted,

<u>/s/ Mahogane D. Reed</u>
MAHOGANE D. REED
Criminal Division, Appellate Section
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530
(202) 615-1170
Mahogane.Reed@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2024, I electronically filed the foregoing with the Clerk of Court using the appellate CM/ECF system. I certify that counsel in this case is a registered CM/ECF user and that service will be accomplished by filing.

/s/ Mahogane D. Reed
MAHOGANE D. REED

## CERTIFICATE OF COMPLIANCE

1.  This document complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 566 words.

2.  This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point type Calisto MT font.

/s/ Mahogane D. Reed<br>
MAHOGANE D. REED