# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
September 11, 2024
Lyle W. Cayce
Clerk

No. 23-50312

United States of America,

*Plaintiff—Appellant*,

versus

Paola Connelly,

*Defendant—Appellee*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:22-CR-229-2

_____

UNPUBLISHED ORDER

Before Smith, Engelhardt, and Ramirez, *Circuit Judges*.

Per Curiam:

  A member of this panel previously DENIED Appellant's motion for extension of time to file petition for rehearing. The panel has considered Appellant's motion for reconsideration.

  IT IS ORDERED that the motion is DENIED.

  IT IS FURTHER ORDERED that Appellant's alternative motion for an extension of 14 days, to and including September 25, 2024 to file its petition for rehearing/rehearing en banc is DENIED as moot.